**ORIGINAL**

FILED
08 JAN 14 PM 4:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  DEBORAH E. BARACK (State Bar No. 207493)
   2029 Century Park East
3  Los Angeles, CA 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com, dbarack@stroock.com
5
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
6  MARK A. SAFFORD
   DONALD R. POCOCK
7  380 Knollwood, Ste. 530
   Winston-Salem, NC 27103
8  mark.stafford@nelsonmullins.com
   donald.pocock@nelsonmullins.com
9
   Attorneys for Non-Party
10   HSBC AUTO FINANCE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**BY FAX**

'08 CV 0081 IEG JMA

13  RONALD LOWERY,               )
                                 )
14         Plaintiff,             )
                                 )
15     vs.                        )     **NOTICE OF MOTION AND MOTION OF
                                 )     NON-PARTY HSBC AUTO FINANCE,
16  ALAN VESTER FORD LINCOLN      )     INC. TO QUASH SUBPOENA**
    MERCURY, INC.,                )
17                                )     [Memorandum of Points and Authorities and
                                 )     Declaration of Deborah E. Barack filed
18         Defendant.             )     concurrently]
                                 )
19                                )

LA 51018981v1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on _____ at _____, or as soon thereafter as this matter may be heard, in Courtroom _____ of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California, non-party HSBC Auto Finance, Inc. ("HSBC") will, and hereby does, move pursuant to Federal Rule of Civil Procedure 45 for an order to quash the subpoenas served on HSBC by plaintiff Ronald Lowery in connection with the action entitled <u>Ronald Lowery v. Alan Vester Ford Lincoln Mercury, Inc.</u>, U.S.D.C.-Eastern District of North Carolina Case No. 5:07-CV-00134-F. HSBC brings this Motion in the United States District Court for the Southern District of California, because, this Court is the "issuing court" under the terms of Rule 45(a)(2).

This Motion is based upon the Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support Thereof, the Declaration of Deborah E. Barack, such further papers as may be filed in connection with the Motion and such further argument as may be presented in connection with the hearing on the Motion.

Dated: January 14, 2007

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
DEBORAH E. BARACK

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
MARK A. STAFFORD
DONALD R. POCOCK

By: _____
    Deborah E. Barack

Attorneys for Non-Party
    HSBC AUTO FINANCE, INC.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

- 1 -

LA 51018981v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                                            ) ss
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

    On January 14, 2008, I served the foregoing document(s) described as: **NOTICE OF MOTION AND MOTION OF NON-PARTY HSBC AUTO FINANCE, INC. TO QUASH SUBPOENA** on the interested parties in this action as follows:

Mona Lisa Wallace, Esq.
John Hughes, Esq.
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144
*Attorney for Plaintiff Ronald Lowery*

Lyn K. Broom, Esq.
Teague, Rotenstreich, Stanaland, Fox & Holt
101 South Elm Street, Suite 350
Greensboro, NC 27401
*Attorney for Defendant Alan Vester Ford Lincoln Mercury, Inc.*

[X]  **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope(s), with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

    I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

    Executed on January 14, 2008, at Los Angeles, California.

Beverly A. Stanfield
[Type or Print Name]

*Beverly A. Stanfield*
[Signature]

LA 51019028

**JS 44** (Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
RONALD LOWERY,

**DEFENDANTS**
ALAN VESTER FORD LINCOLN MERCURY

08 JAN 14 PM 4:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0081 IEG JMA

BY: ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

BY FAX

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Mona Lisa Wallace
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144

**ATTORNEYS (IF KNOWN)**
Lyn K. Broom
Teague, Rotenstreich, Stanaland, Fox & Holt
101 South Elm Street, Suite 350
Greensboro, NC 27401

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

Fed. Rul. Civ. Proc. 45(a)(2)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
~~Fed. Rule of Civil Procedure 45(a)(2)~~
28 USC Section 1331

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☒ 890 Other Statutory Actions |
| | | ☐ 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 0.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ Docket Number _____

**DATE** January 14, 2008

**SIGNATURE OF ATTORNEY OF RECORD** _____

Attorneys for Non-party
HSBC Auto Finance, Inc.

P.AID $350 1/14/08 CH RCPT# 146387

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

          # 146387    - BH
          * * C O P Y * *
          January 14, 2008
             16:03:24

         Civ Fil Non-Pris
USAO #.: 08CV0081 CIVIL FILING
Judge..: IRMA E GONZALEZ
Amount.:                  $350.00 CK
Check#.: BC# 8583


         Total-> $350.00


FROM: LOWERY V. ALAN VESTER FORD
      CIVIL FILING
```