ORIGINAL

FILED

08 JAN 14 PM 4:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  DEBORAH E. BARACK (State Bar No. 207493)
   2029 Century Park East
3  Los Angeles, CA 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com, dbarack@stroock.com
5
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
6  MARK A. SAFFORD
   DONALD R. POCOCK
7  380 Knollwood, Ste. 530
   Winston-Salem, NC 27103
8  mark.stafford@nelsonmullins.com
   donald.pocock@nelsonmullins.com
9
   Attorneys for Non-Party
10   HSBC AUTO FINANCE, INC.

                    UNITED STATES DISTRICT COURT
11
                   SOUTHERN DISTRICT OF CALIFORNIA   BY FAX
12

13  RONALD LOWERY,                          )  '08 CV 0081 IEG JMA
                                            )
14              Plaintiff,                   )
                                            )
15       vs.                                 )  DECLARATION OF DEBORAH E.
                                            )  BARACK IN SUPPORT OF MOTION OF
16                                           )  NON-PARTY HSBC AUTO FINANCE,
    ALAN VESTER FORD LINCOLN                 )  INC. TO QUASH SUBPOENA
17  MERCURY, INC.,                           )
                                            )  [Notice of Motion and Memorandum of Points
18              Defendant.                    )  and Authorities filed concurrently]
                                            )
19  _____   )
                                            )
20
21
22
23
24
25
26
27
28

LA 51019008v1

## DECLARATION OF DEBORAH E. BARACK

I, Deborah E. Barack, declare as follows:

I am admitted to practice before this Court and am associated with Stroock & Stroock & Lavan LLP, counsel for non-party HSBC Auto Finance, Inc. I submit this declaration in support of the Motion to Quash Subpoena. The facts set forth herein are true of my own personal knowledge, except where based on a review of the pleadings and records in this action, and, if called as a witness, I could and would competently testify thereto.

1.      Attached hereto as Exhibit A is a true and correct copy of the Subpoena in a Civil Case dated December 22, 2007.

2.      Attached hereto as Exhibit B is a true and correct copy of the Notice of Deposition of HSBC Auto Finance dated January 3, 2008.

3.      Attached hereto as Exhibit C is a true and correct copy of the January 9, 2008, letter from Donald R. Pocock to John S. Hughes.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 14th day of January 2008 at Los Angeles, California.

_____
Deborah E. Barack

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

- 1 -

LA 51019008v1

**EXHIBIT A**

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

Southern                DISTRICT OF                California

RONALD LOWERY

V.

ALAN VESTER FORD LINCOLN MERCURY, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  5:07-CV-134 (EDNC)

TO:  Nick Damato               HSBC Auto Finance
     c/o HSBC Auto Finance     P.O. Box 17904
     6602 Convoy Court         San Diego, CA 92177
     San Diego, CA 92111

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  HSBC Auto Finance, 6602 Convoy Court, San Diego, CA 92111 | DATE AND TIME 1/22/2008 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED EXHIBIT A

| PLACE    HSBC Auto Finance, 6602 Convoy Court, San Diego, CA 92111 | DATE AND TIME 1/22/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 12/20/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John S. Hughes, Wallace and Graham, P.A., 525 North Main Street, Salisbury, NC 28144 (704)633-5244

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e). on next page)

[1] If action is pending in district other than district of issuance, state District under case number.

Exh. A Page 2

# EXHIBIT A TO DEPOSITION NOTICE AND SUBPOENA

Please provide one or more corporate representatives to testify on the following topics:

1. The contents of all dealer agreements or other contracts by and between you and any Alan Vester dealerships for the years 2002-present.

2. The contents of any lending guidelines, loan criteria or conditions applicable to vehicle loans assigned by any Alan Vester dealerships for the years 2002-present.

3. Any complaints by you to Alan Vester or any Alan Vester dealership regarding dealer fraud, forged or falsified information, improper credit related disclosures, falsified down payments, falsified or forged proof of income, straw purchases or identity theft, or other improprieties in deals assigned by Vester to you, from January 1, 2002 to present.

4. Any demands made by you to Alan Vester or any Alan Vester dealership and that vehicle loan be repurchased by the dealership from January 1, 2002 to present.

5. All documents reflecting your decisions to terminate business relationships with any Alan Vester dealerships for fraud or other reasons from January 1, 2002 to present.

6. Your policies, procedures and guidelines with regard to accurate disclosure of cash down payments, consumer income, identity of consumer buyers and "straw purchases," and other deal-related information from January 1, 2002 to present.

7. Your policies, procedures and guidelines with document retention of records and information by dealerships from January 1, 2002 to present.

Please produce the following documents:

1. All dealer agreements or other contracts by and between you and any Alan Vester dealerships for the years 2002-present.

2. Any lending guidelines, loan criteria or conditions applicable to vehicle loans assigned by any Alan Vester dealerships for the years 2002-present.

3. All documents reflecting any complaints by you to Alan Vester or any Alan Vester dealership regarding dealer fraud, forged or falsified information, improper credit related disclosures, falsified down payments, falsified or forged proof of income, straw purchases or identity theft, or other improprieties in deals assigned by Vester to you, from January 1, 2002 to present.

1

4.  All documents reflecting any demands made by you to Alan Vester or any Alan Vester dealership and that vehicle loan be repurchased by the dealership from January 1, 2002 to present.

5.  All documents reflecting your decisions to terminate business relationships with any Alan Vester dealerships for fraud or other reasons from January 1, 2002 to present.

6.  Your policies, procedures and guidelines with regard to accurate disclosure of cash down payments, consumer income, identity of consumer buyers and "straw purchases," and other deal-related information from January 1, 2002 to present.

7.  Your policies, procedures and guidelines with document retention of records and information by dealerships from January 1, 2002 to present.

2

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:07-CV-134-F1

| | | |
|---|---|---|
| **RONALD LOWERY,** | ) | . |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALAN VESTER FORD LINCOLN MERCURY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and the enclosed deposition subpoena, Plaintiffs in the above-captioned case, by and through counsel, will take the deposition of **HSBC Auto Finance, at its office at 6602 Convoy Court, San Diego, CA 92111 on January 17, 2008 starting at 10 a.m.**   The deposition will continue from hour to hour and day to day as necessary until completed.  The deposition will be taken upon oral examination before a person duly authorized to administer oaths according to the laws of the jurisdiction. The deposition will be recorded by sound and/or stenographic means.

The company is requested to designate one or more corporate representatives to provide testimony on the topics listed at **Exhibit A** hereto and to produce the documents listed in the Exhibit.

This the 3 day of January, 2008.

> WALLACE and GRAHAM, P.A.
> Attorneys for Plaintiff
>
> By: _____
>
> Mona Lisa Wallace
> John S. Hughes
> 525 North Main Street
> Salisbury, NC 28144
> (704) 633-5244

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have this ᴣ day of January, 2008, served a copy of the foregoing document upon all counsel of record by placing a copy of the same, addressed to such counsel, in the regular or certified U.S. mail, postage prepaid.

Lyn Broom
Teague, Rotenstreich and Stanaland, L.L.P.
101 South Elm Street
Suite 350
Greensboro, NC 27401

HSBC Auto Finance
6602 Convoy Court
San Diego, CA 92111

Mona Lisa Wallace
John Hughes
525 North Main Street
Salisbury, North Carolina 28144
Tel.: (704) 633-5244
Fax:  (704) 633-9434

3

Exh. B Page 7

# EXHIBIT A TO DEPOSITION NOTICE AND SUBPOENA

Please provide one or more corporate representatives to testify on the following topics:

1. The contents of all dealer agreements or other contracts by and between you and any Alan Vester dealerships for the years 2002-present.

2. The contents of any lending guidelines, loan criteria or conditions applicable to vehicle loans assigned by any Alan Vester dealerships for the years 2002-present.

3. Any complaints by you to Alan Vester or any Alan Vester dealership regarding dealer fraud, forged or falsified information, improper credit related disclosures, falsified down payments, falsified or forged proof of income, straw purchases or identity theft, or other improprieties in deals assigned by Vester to you, from January 1, 2002 to present.

4. Any demands made by you to Alan Vester or any Alan Vester dealership and that vehicle loan be repurchased by the dealership from January 1, 2002 to present.

5. All documents reflecting your decisions to terminate business relationships with any Alan Vester dealerships for fraud or other reasons from January 1, 2002 to present.

6. Your policies, procedures and guidelines with regard to accurate disclosure of cash down payments, consumer income, identity of consumer buyers and "straw purchases," and other deal-related information from January 1, 2002 to present.

7. Your policies, procedures and guidelines with document retention of records and information by dealerships from January 1, 2002 to present.

Please produce the following documents:

1. All dealer agreements or other contracts by and between you and any Alan Vester dealerships for the years 2002-present.

2. Any lending guidelines, loan criteria or conditions applicable to vehicle loans assigned by any Alan Vester dealerships for the years 2002-present.

3. All documents reflecting any complaints by you to Alan Vester or any Alan Vester dealership regarding dealer fraud, forged or falsified information, improper credit related disclosures, falsified down payments, falsified or forged proof of income, straw purchases or identity theft, or other improprieties in deals assigned by Vester to you, from January 1, 2002 to present.

1

4.  All documents reflecting any demands made by you to Alan Vester or any Alan Vester dealership and that vehicle loan be repurchased by the dealership from January 1, 2002 to present.

5.  All documents reflecting your decisions to terminate business relationships with any Alan Vester dealerships for fraud or other reasons from January 1, 2002 to present.

6.  Your policies, procedures and guidelines with regard to accurate disclosure of cash down payments, consumer income, identity of consumer buyers and "straw purchases," and other deal-related information from January 1, 2002 to present.

7.  Your policies, procedures and guidelines with document retention of records and information by dealerships from January 1, 2002 to present.

2

Exh. B Page 9

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | California |
|---|---|---|

RONALD LOWERY

v.

ALAN VESTER FORD LINCOLN MERCURY, INC.

### SUBPOENA IN A CIVIL CASE

Case Number:[1] 5:07-CV-134-F

TO:  Nick Damato                          HSBC Auto Finance
     c/o HSBC Auto Finance                ATTN: Legal Dept.
     6602 Convoy Court                    P.O. Box 17904
     San Diego, CA 92111                  San Diego, CA 92177

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   HSBC Auto Finance, 6602 Convoy Court, San Diego, CA 92111 | DATE AND TIME  1/17/2008 10:00 am |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE   HSBC Auto Finance, 6602 Convoy Court, San Diego, CA 92111 | DATE AND TIME  1/17/2008 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  1/3/2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John S. Hughes, Esq., Wallace and Graham, P.A., 525 North Main Street, Salisbury, NC 28144  (704) 633-5244

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**EXHIBIT C**

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
380 Knollwood Street / Suite 530 / Winston-Salem, NC 27103
Tel: 336.774.3300  Fax: 336.774.3299
www.nelsonmullins.com

Donald R. Pocock
Tel: 336.774.3324
donald.pocock@nelsonmullins.com

January 9, 2008

**Via Facsimile**

John S. Hughes, Esq.
Wallace & Graham, P.A.
525 North Main St.
Salisbury, NC 28144

Re:   *Hargrove v. Alan Vester Auto Group, Inc. et al.*, Vance County Superior Court, File
        No. 06 CVS 1309
      *Grimmett, v. Alan Vester Auto Group, Inc. et al.*, Vance County Superior Court, File
        No. 07 CVS 117
      *Terry v. Alan Vester Auto Group, Inc. et al.*, Granville County Superior Court, File
        No. 07 CVS 991
      *Clark et al. v. Alan Vester Auto Group, Inc. et al.*, Vance County Superior Court, File
        No. 06 CVS 141
      *Vallejo v. Alan Vester Auto Group, Inc. et al.*, United States District Court for the
        Eastern District of North Carolina, File No. 5:07-CV-343
      *Nixon v. Alan Vester Auto Group, Inc. et al.*, United States District Court for the
        Middle District of North Carolina, File No. 1:07-CV-839
      *Lowery v. Alan Vester Auto Group, Inc. et al.*, United States District Court for the
        Eastern District of North Carolina, File No. 5:07-CV-134

Dear Mr. Hughes:

This firm is counsel to HSBC Auto Finance, Inc. and HSBC Auto Credit, Inc. (collectively
"HSBC") and has received seven subpoenas issued by you on or about December 21, 2007 in
the above-referenced matters all of which purport to compel Nick Damato, an employee of
HSBC, to appear, testify, and produce certain documents on January 22, 2008 at an office
location of HSBC located in San Diego, California.  We would like to talk with you about the
scope of your requests and the testimony you seek.  Although, our client is willing to be
cooperative, this letter is being written to you pursuant to Rule 45(c) of the North Carolina
Rules of Civil Procedure and Rule 45(c)(2) of the Federal Rules of Civil Procedure as an
objection to the foregoing subpoenas.

~ Doc# 35889.1 - 23282/01546 ~

Atlanta • Boston • Charleston • Charlotte • Columbia • Greenville • Myrtle Beach • Raleigh • Washington, DC • Winston-Salem

John S. Hughes, Esq.
January 9, 2008
Page 2

The subpoenas in the *Hargrove*, *Grimmett*, *Terry* and *Clark* matters described above are void *ab initio* on the grounds that a North Carolina subpoena issued in North Carolina has no authority to compel a citizen of another state, namely California, to perform an action such as testify or produce documents outside the state of North Carolina. North Carolina Courts do not have personal jurisdiction over Mr. Damato, thus a subpoena directed to his attention to appear and produce documents is invalid.

Service of the subpoenas appears to have been directed to CT Corporation Systems in Raleigh, NC. While CT Corporation Systems is a registered agent for both HSBC Auto Finance, Inc. and HSBC Auto Credit, Inc., it is not an agent for the service of process on Mr. Damato, to whom the subpoenas are directed. The subpoenas were not issued to any officer, director, or managing agent of either HSBC Auto Finance, Inc. or HSBC Auto Credit, Inc. Accordingly, the service of all of the subpoenas is invalid.

Notwithstanding jurisdictional and service problems, the information sought in the subpoenas is in many cases overly broad and unduly burdensome and calls for the disclosure of privileged materials and trade secret information, which is not properly discoverable by subpoena and even if discoverable, could only be provided subject to the terms of a protective order that covers proprietary, trade secret information of both HSBC Auto Finance, Inc. and HSBC Auto Credit, Inc. No such order was served with the subpoenas.

In particular, our clients object to the following categories for the reasons stated below:

1.  The contents of all dealer agreements or other contract by and between you and any Alan Vester dealerships for the years 2002-present.

The information sought in this category, and in the parallel document request contained in the subpoena, seeks information that is proprietary in nature and contains trade secret information that is highly sensitive and not intended for public disclosure. Dealer agreements are not public documents and would be valuable to a competitor.

2.  The contents of any lending guidelines, loan criteria or conditions applicable to vehicle loans assigned by any Alan Vester dealerships for the years 2002-present.

The information sought in this category, and in the parallel document request contained in the subpoena, seeks information that is proprietary in nature and contains trade secret information that is highly sensitive and not intended for public disclosure. This request would include underwriting criteria and processes, which are central to our client's business practices. Further, the information sought may include attorney-client privileged communications.

3.  Any complaints by you to Alan Vester or any Alan Vester dealership regarding dealer fraud, forged or falsified information, improper credit related disclosures, falsified down payments, falsified or forged proof of income, straw purchases or

~ Doc# 35889.1 - 23282/01546 ~

John S. Hughes, Esq.
January 9, 2008
Page 3

> identity theft, or other improprieties in deals assigned by Vester to you, from
> January 1, 2002 to present.

This category, and the parallel document request contained in the subpoena, is overly broad
and potentially seeks information that is attorney-client privileged.

> 4.     Any demands made by you to Alan Vester or any Alan Vester dealership and that
> vehicle loan repurchased by the dealership from January 1, 2002 to present [sic].

This category, and the parallel document request contained in the subpoena, is overly broad
and potentially seeks information that is attorney-client privileged.

> 5.     All documents reflecting your decisions to terminate business relationships with any
> Alan Vester dealerships for fraud or other reasons from January 1, 2002 to present.

This category, and the parallel document request contained in the subpoena, is overly broad
and potentially seeks information that is attorney-client privileged.

> 6.     Your policies, procedures and guidelines with regard to accurate disclosure of cash
> down payments, consumer income, identity of consumer buyers and "straw
> purchases," and other deal-related information from January 1, 2002 to present.

This category, and the parallel document request contained in the subpoena, is overly broad
and potentially seeks information that is attorney-client privileged. Further, the request seeks
information that is proprietary in nature and contains trade secret information that is highly
sensitive and not intended for public disclosure.

> 7.     Your policies, procedures and guidelines with document retention of records and
> information by dealerships from January 1, 2002 to present [sic].

This category, and the parallel document request contained in the subpoena, is overly broad
and potentially seeks information that is attorney-client privileged. Notwithstanding the
objectionable nature of the request, our firm is informed that there may not in fact be any
documents or materials or testimony specifically responsive to this request.

Although our clients believe the objections stated above are well grounded based on the nature
and breadth of your requests, HSBC is willing to cooperate to provide some of the information
you appear to seek, provided that appropriate protection for trade secret and proprietary
information can be obtained and guaranteed. In the spirit of cooperation, HSBC may even be
willing to provide a witness to testify within the State of North Carolina, if an agreement can
be reached on what testimony will be provided and under what conditions. To that end, it
would be most helpful to our client and to our firm, if you could provide a copy of the
pleadings in each of the above-referenced cases, so that we may better understand what the

~ Doc# 35889.1 - 23282/01546 ~

John S. Hughes, Esq.
January 9, 2008
Page 4

issues are, which require a deposition of HSBC.  HSBC cannot, however, consent to the disclosure of sensitive information without adequate protection, particularly given the improper manner in which these subpoenas were issued and served.

We look forward to speaking with you further about this matter.

Very truly yours,

Donald R. Pocock

DRP:drp
c:      Lyn K. Broom (by fax)
        Paula S. Ferguson, HSBC General Counsel (by fax)

~ Doc# 35889.1 - 23282/01546 ~

Exh. C Page 14

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA          )
                             )  ss
3

COUNTY OF LOS ANGELES        )

4

5      I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

6

7      On January 14, 2008, I served the foregoing document(s) described as: **DECLARATION OF DEBORAH E. BARACK IN SUPPORT OF MOTION OF NON-PARTY, HSBC AUTO FINANCE, INC. TO QUASH SUBPOENA** on the interested parties in this action as follows:

8

9      Mona Lisa Wallace, Esq.                    Lyn K. Broom, Esq.
       John Hughes, Esq.                          Teague, Rotenstreich, Stanaland, Fox & Holt
10     Wallace & Graham, P.A.                     101 South Elm Street, Suite 350
       525 N. Main Street                         Greensboro, NC 27401
11     Salisbury, NC 28144                        *Attorney for Defendant Alan Vester Ford*
       *Attorney for Plaintiff Ronald Lowery*     *Lincoln Mercury, Inc.*

12

13

14     ☒      **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope(s), with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

15

16

17

18     I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

19     Executed on January 14, 2008, at Los Angeles, California.

20

21     _____          *Beverly A. Stanfield*
       Beverly A. Stanfield
22     [Type or Print Name]                 [Signature]

23

24

25

26

27

28

LA 51019028