UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LOWERY,<br><br>        Plaintiff,<br><br>v.<br><br>ALAN VESTER FORD LINCOLN MERCURY, INC.,<br><br>        Defendant. | Case No. 08-CV-0081-IEG (JMA)<br><br>**ORDER REGARDING MOTION TO QUASH SUBPOENA** |

On January 14, 2008, non-party HSBC Auto Finance, Inc. ("HSBC") filed a motion to quash subpoena in relation to two subpoenas issued in a civil action pending in the United States District Court, Eastern District of North Carolina, Western Division, Case No. 07-CV-00134-F. The subpoenas were issued out of the United States District Court, Southern District of California by counsel for Plaintiff Ronald Lowery. The subpoenas command HSBC to appear for a deposition and to produce and permit inspection of certain documents at the following location: HSBC Auto Finance, 6602 Convoy Court, San Diego, California 92111.

//

In its motion, HSBC contends that service of the subpoenas on HSBC was improper as it was not properly served within the State of California or within the Southern District of California. HSBC further contends that the deposition and production dates set forth in the subpoenas do not allow a reasonable time for HSBC to comply, and that the scope of the documents requested in the subpoenas is overbroad, in part because Plaintiff seeks information that HSBC contends is confidential and proprietary in nature.

**IT IS HEREBY ORDERED:**

1. Counsel shall meet and confer regarding this matter pursuant to Civil Local Rule <u>26.1</u> <u>a.</u> Counsel shall thoroughly discuss all of the issues set forth in HSBC's motion and, if appropriate, shall discuss the entry of a protective order to address any confidentiality issues.

2. If the parties, after meeting and conferring, are able to reach resolution on this matter, HSBC shall file a notice of withdrawal of the motion to quash.

3. If the parties are unable to resolve this matter after meeting and conferring about the issues, they shall place a joint call to the undersigned's law clerk at (619) 557-5585 to discuss the Court's procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

DATED: January 17, 2008

Jan M. Adler
U.S. Magistrate Judge