1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  DEBORAH E. BARACK (State Bar No. 207493)
   2029 Century Park East
3  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com, dbarack@stroock.com
5
   NELSON MULLINS RILEY & SCARBOROUGH, LLP
6  MARK A. SAFFORD
   DONALD R. POCOCK
7  380 Knollwood, Ste. 530
   Winston-Salem, NC  27103
8  mark.stafford@nelsonmullins.com
   donald.pocock@nelsonmullins.com
9
   Attorneys for Non-Party
10   HSBC AUTO FINANCE, INC.

11 | UNITED STATES DISTRICT COURT

12 | SOUTHERN DISTRICT OF CALIFORNIA

13

14 | RONALD LOWERY,                                )   3:08-cv-00081-IEG-JMA
                                                  )
15 |            Plaintiff,                        )   **NOTICE OF NON-PARTY HSBC AUTO**
                                                  )   **FINANCE, INC.'S WITHDRAWAL OF**
16 |      vs.                                     )   **MOTION TO QUASH SUBPOENA**
                                                  )
17 | ALAN VESTER FORD LINCOLN                     )
     MERCURY, INC.,                               )
18 |                                              )
                Defendant.                        )
19                                                )

LA 51021299

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's order dated January 17, 2008, non-party HSBC Auto Finance Inc. hereby withdraws its Motion to Quash Subpoena filed on January 14, 2008.

Dated: January 30, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
DEBORAH E. BARACK

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
MARK A. STAFFORD
DONALD R. POCOCK

By:   /s/   Deborah E. Barack
            Deborah E. Barack

Attorneys for Non-Party
    HSBC AUTO FINANCE, INC.

- 1 -

LA 51021299

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document described as: **NOTICE OF NON-PARTY HSBC AUTO FINANCE, INC.'S WITHDRAWAL OF MOTION TO QUASH SUBPOENA** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons:

Julia B. Strickland - jstrickland@stroock.com
Deborah E. Barack - dbarack@stroock.com, lacalendar@stroock.com
Mark A. Stafford - mark.stafford@nelsonmullins.com
Donald R. Pocock - donald.pocock@nelsonmullins.com

Dated: January 30, 2008            /s/   Deborah E. Barack
                                          Deborah E. Barack

- 2 -

LA 51021299

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On January 30, 2008, I served the foregoing document(s) described as: **NOTICE OF NON-PARTY HSBC AUTO FINANCE, INC.'S WITHDRAWAL OF MOTION TO QUASH SUBPOENA** on the interested parties in this action as follows:

| | |
|---|---|
| Mona Lisa Wallace, Esq.<br>John Hughes, Esq.<br>Wallace & Graham, P.A.<br>525 N. Main Street<br>Salisbury, NC 28144<br>***Attorney for Plaintiff Ronald Lowery*** | Lyn K. Broom, Esq.<br>Teague, Rotenstreich, Stanaland, Fox & Holt<br>101 South Elm Street, Suite 350<br>Greensboro, NC 27401<br>***Attorney for Defendant Alan Vester Ford Lincoln Mercury, Inc.*** |

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope(s), with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on January 30, 2008, at Los Angeles, California.

| | |
|---|---|
| Beverly A. Stanfield<br>[Type or Print Name] | /s/   Beverly A. Stanfield<br>[Signature] |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

- 3 -

LA 51021299