UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD LOWERY, | ) | Case No. 08-CV-0081-IEG (JMA) |
| Plaintiff, | ) ) ) | **ORDER DIRECTING CLERK OF COURT TO CLOSE COURT FILE** |
| v. | ) ) | |
| ALAN VESTER FORD LINCOLN MERCURY, INC., | ) ) ) | |
| Defendant. | ) ) | |

On January 14, 2008, non-party HSBC Auto Finance, Inc. ("HSBC") initiated this action by filing a motion to quash subpoena in relation to two subpoenas issued in a civil action pending in the United States District Court, Eastern District of North Carolina, Western Division, Case No. 07-CV-00134-F. On January 30, 2008, HSBC filed a notice of withdrawal of its motion to quash subpoena.

//
//
//
//

1  Accordingly, the Clerk of Court shall close the court file.
2  **IT IS SO ORDERED.**
3  DATED: January 31, 2008

                                       Jan M. Adler
                                       U.S. Magistrate Judge